☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| The Cellular Telephone Assigned Call Number 414-550-1386 as more fully described in Attachment A. | ) Case No. 23-859M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 2/13/2023 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Nancy Joseph _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 1/30/2023 @ 10:39 a.m. _____

                                             *Judge's signature*

City and state:     Milwaukee, WI _____     Hon. Nancy Joseph, U.S. Magistrate Judge
                                                             *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

       I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

1. Records and information associated with the cellular device assigned call number **414-550-1386** (referred to herein and in Attachment B as "the Target Cell Phone"), with listed subscriber Fr. Falcon Freebird Foundation, that is in the custody or control of AT&T (referred to herein and in Attachment B as the "Provider"), a wireless communications service provider that is headquartered at **11760 US Hwy 1, North Palm Beach, FL 33408.**

Case 2:23-mj-00859-NJ   Filed 01/30/23   Page 3 of 24   Document 1

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized**

**I.      Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A is within the possession,

custody, or control of the Provider, including any information that has been deleted but is

still available to the Provider or that has been preserved pursuant to a request made under 18

U.S.C. § 2703(f), the Provider is required to disclose to the government the following

information pertaining to the Account listed in Attachment A:

a.  The following subscriber and historical information about the customers or
subscribers associated with the Target Cell Phone for the time period **November
21, 2021 to December 12, 2021**:

    i.  Names (including subscriber names, user names, and screen names);

    ii.  Addresses (including mailing addresses, residential addresses, business
addresses, and e-mail addresses);

    iii.  Local and long distance telephone connection records;

    iv.  Records of session times and durations, and the temporarily assigned
network addresses (such as Internet Protocol ("IP") addresses) associated
with those sessions;

    v.  Length of service (including start date) and types of service utilized;

    vi.  Telephone or instrument numbers (including MAC addresses, Electronic
Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"),
Mobile Equipment Identifier ("MEID"); Mobile Identification Number
("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber
Integrated Services Digital Network Number ("MSISDN"); International
Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile
Equipment Identities ("IMEI");

    vii.  Other subscriber numbers or identities (including the registration Internet
Protocol ("IP") address);

    viii.  Means and source of payment for such service (including any credit card
or bank account number) and billing records; and

1

ix. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Target Cell Phone, including:

(A) the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

(ii) information regarding the cell tower and antenna face (also known as "sectors" through which the communications were sent and received).

2

**II.    Information to be Seized by the Government**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. §§ 1951 and 2113 involving Thomas Wilhelm, Gregory Gorak, or other suspects during the period **November 21, 2021 to December 12, 2021**.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

3

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Cellular Telephone Assigned Call Number<br>414-550-1386 as more fully described in Attachment<br>A. | )<br>)<br>)<br>)<br>)<br>)    Case No. 23-859M(NJ) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951 & 2113 | Hobbs Act robbery and bank robbery. |

The application is based on these facts:

See attached Affidavit.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Detective Caleb Porter

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means).*

Date:    01/30/2023

*Judge's signature*

City and state:    Milwaukee, WI       Hon. Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

I, Caleb Porter, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application for a search warrant under Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c)(1)(A) for information about the location of the cellular telephone assigned call number **414-550-1386,** (the "Target Cell Phone"), whose service provider is AT&T ("Service Provider") a wireless telephone service provider headquartered  at **11760 US Hwy 1, North Palm Beach, FL 33408.** The Target Cell Phone is described herein and in Attachment A, and the location information to be seized is described herein and in Attachment B.

2.      I am a Detective with the City of West Allis Police Department and have been since September of 2013, as well as a member of the FBI Milwaukee Area Violent Crimes Task Force. I have been a sworn law enforcement officer for the City of West Allis since May of 2004.  During my tenure I have investigated all aspects of violent crime, including homicide, armed robbery, aggravated battery and others.  With a primary focus on robbery, I have been part of numerous investigations that involve the use of cell phone data, which often provides crucial evidence to these cases.

3.      The facts in this affidavit come from my personal observations, my training and experience, my review of documents, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 1951 and 2113 have been committed by Thomas Wilhelm, Gregory

1

Gorak, and others. There is also probable cause to believe that the location information described in Attachment B will constitute evidence of these criminal violations.

5.      The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated, *see* 18 U.S.C. § 2711(3)(A)(i).

## **PROBABLE CAUSE**

6.      The United States, including the FBI, is conducting a criminal investigation of Thomas Wilhelm and Gregory Gorak regarding possible violations of 18 U.S.C. §§ 1951 and 2113 (bank robbery, Hobbs Act robbery).

7.      On December 11, 2021 at approximately 11:36am, West Allis Police Officers responded to a robbery complaint at Waterstone Bank, a federally insured bank which is located at 10101 W. Greenfield Avenue, in the City of West Allis, County of Milwaukee and State of Wisconsin.

8.      The investigation revealed that an unknown male suspect entered the bank with a demand note taped to a blue deposit bag. The suspect approached the teller, slid the bag to her, and told her to fill it up. The suspect kept his right hand in his pocket and appeared to be displaying an object of some type through his pocket.

9.      Once the teller filled the bag with money and returned it to the suspect, he left the bank and entered a black Chevy Equinox with no plates attached to the front or rear license plate holders. The suspect was last seen traveling north on S. 101 Street and was not located.

10.     Affiant reviewed surveillance video from this incident and observed the suspect appeared to be a white male of average height, slim build, wearing a tan or gray cap, black hooded sweatshirt, Harley Davidson jean jacket, blue jeans and gray shoes. The suspect's face

2

was covered with a white medical-type mask and mirrored sunglasses. The suspect was also wearing blue rubber gloves.

11.     Affiant was familiar with another robbery that occurred in the city of Greenfield on December 4, 2021, at about 2:25pm, at the Pick N Save Metro Market, 4279 S. 76th St, Greenfield, WI, which is located in the county of Milwaukee and State of Wisconsin and which operates in interstate commerce.

12.     In the Metro Market incident, a male suspect who physically resembled the Waterstone Bank robber entered the Pick N Save Metro Market grocery store and approached the service counter. The suspect presented a demand note, produced a small silver pistol, and made threats if the clerk did not comply. The suspect took $2700 from the clerk and proceeded to run out of the store.

13.     The suspect fled in a black Chevy Equinox, which appeared to be the same vehicle that was used in the Waterstone Bank robbery. The suspect was also wearing what appears to be the same hat as in the other incident, but his coat was a Green Bay Packer jacket and his face covering was black. Furthermore, a witness, S.T., reported that the getaway vehicle was running prior to the suspect entering it. S.T. thought the suspect entered the passenger side of this vehicle before it fled the scene.

14.     On 04/04/22, Affiant received a phone call from Waterstone Bank Employee P.Z., who advised that on 03/31/22, fellow employee, L.W., took a call that was forwarded from the Waterstone Bank call center. The male caller wanted to know if the bank was offering a reward for turning in the person who robbed the bank. The caller hung up before she could obtain further information, but the call center later advised that the call came from phone number 414-331-3077.

15.     Affiant conducted follow-up investigation on phone number 414-331-3077 and found it was possibly associated with Michelle Wilhelm (f/w, 05/09/72) or her husband, Thomas C. Wilhelm (m/w, 04/18/69).  On 04/11/22 I made contact with Michelle Wilhelm at her residence, 530 N. 109 St. in Wauwatosa, WI.  Michelle stated she has never used this phone number and has not seen her husband in over a year.

16.     On 04/12/22 Affiant contacted the Waterstone Bank call center and spoke with Vice President of Customer Support, T.P.  T.P. took the first call on 03/31/22 from phone number 414-331-3077 and forwarded it to the Waterstone Bank branch in question.  T.P. further advised that the same caller from the same number has called several other times inquiring about a reward and appeared frustrated when he was advised to call law enforcement.

17.     During this phone call Affiant also learned that the Waterstone Bank Assistant Manager of Customer Support, G.P., also received a similar call, but from a different phone number.  T.P. overheard this call and thought the caller sounded like a different person, but the male party still inquired about a reward.  T.P. stated she recorded some of the dates and phone numbers of these calls and would have G.P. email them to me.

18.     Affiant located Milwaukee Police report 22-074-0051, which was taken on 03/15/22.  The report was filed by B.G., who indicated that while in a relationship with Thomas C. Wilhelm (m/w, 04/18/69) he fraudulently accessed her Venmo account and took money from her.  On 04/13/22 I met with B.G. and interviewed her about her association with Thomas Wilhelm.  B.G. confirmed that phone number 414-331-3077 was the last number she used to contact Thomas Wilhelm, which was about two weeks ago.  B.G. also provided phone numbers 262-888-9102 and 414-882-1900 as numbers that Thomas Wilhelm has been known to use.

19.     B.G. indicated she met Thomas Wilhelm while working at Potawatomi Hotel and Casino in Milwaukee.  B.G. believed at the time Thomas Wilhelm was a high roller because he

4

was basically living at the hotel. B.G. further indicated that Thomas Wilhelm was always receiving free stuff from the hotel (comps) because of the amount of money he spent there. Thomas Wilhelm also used the valet service whenever he came to the hotel.

20.     B.G. further advised that in November or December of 2021, Thomas Wilhelm was driving a newer looking black Chevy Equinox. Thomas Wilhelm suddenly stopped using this vehicle and told her the vehicle was being repaired but she never saw it again. During her own attempts to locate Thomas Wilhelm, she observed him driving a blue Chevy Equinox and took a picture of it with her cellphone. B.G. shared the picture with Affiant, which showed the back of the vehicle and license plate of 535FPU. This vehicle was later determined to belong to Kathleen E. Kocovsky, who is believed to be the sister of Thomas Wilhelm's wife, Michelle A. Wilhelm (f/w, 05/09/72), a/k/a Michelle A. O'Rourke.

21.     On 04/13/22 I spoke with Greenfield Police Detective Jason Birschbach, who is investigating the Pick N Save Metro Market robbery from December 4th, 2021. Detective Birschbach indicated that someone calling from phone number 414-331-3077 had also called Pick N Save Metro Market inquiring about a reward for turning in the robbery suspect for that robbery.

22.     On 04/14/22 I received an email from G.P. which documented the following calls to Waterstone Bank regarding a potential reward:

-   03/31/22 at about 5:00 pm from phone number 414-331-3077
-   04/09/22 at about 11:34 am from phone number 414-331-3077
-   04/11/22 at about 9:11 am from phone number 262-422-0683
-   04/11/22 at about 10:35 am from phone number 414-975-4810

23.     Affiant obtained cell phone tower information for the area around the Metro Market robbery on 12/04/21 and the Water Stone Bank robbery on 12/11/2021. The results

showed several phone numbers of interest that were at both robbery locations around the time of the incidents.

24.    With respect to the Metro Market robbery on 12/04/22, at about 1:52pm a phone number associated with Kathleen Kocovsky made a call to phone number 262-888-9102, which is a number associated with Thomas Wilhelm.  Thomas Wilhelm's phone was within the tower radius near the Metro Market during this call.   At about 1:54pm (about thirty minutes prior to the robbery), Thomas Wilhelm (within the tower radius) made a call to **414-550-1386**.  At about 2:29pm (four minutes after the robbery), phone number **414-550-1386** was hitting off the tower location near the Metro Market and contacted 262-888-9102 (associated with Thomas Wilhelm).

25.    With regards to the Water Stone Bank robbery on 12/11/21, at about 11:02am (about 32 minutes before the robbery), phone number **414-550-1386** was within the tower radius and received a text from 414-331-6304, which is associated with Michelle Wilhelm and/or Allie O'Rourke, who is believed to be Michelle Wilhelm's daughter.  At 11:56am (about twenty minutes after the robbery) phone number **414-550-1386** was still within the tower radius and contacted 414-882-1900, which is another phone number that is associated with Thomas Wilhelm.

26.    Further investigation revealed that the phone number **414-550-1386**, is associated with Gregory S. Gorak (m/w, 12/05/67) and also with an entity called Fr. Falcon Freebird Foundation, LLC.  Information found on the website (falconfreebirdfoundation.org) for the LLC showed this phone number as a point of contact, as well as phone numbers 414-935-2765 and 414-275-1673.  Additionally, Affiant obtained subscriber records from AT&T for phone numbers 414-935-2765 and **414-550-1386**, which show them linked to Gorak and Fr. Falcon Freebird Foundation, LLC.  The U-Verse information associated with this same account also showed phone number 414-275-1673 as a contact number on this same account.

6

27.     Affiant is aware that Gregory Gorak has both a state and federal conviction record and his physicals are consistent with the suspect who entered the bank and grocery store in this case.  Furthermore, the Facebook page "greg.gorak.5" was located and contained numerous images of Gregory Gorak.  One such image was posted on 05/22/2018 and shows Gregory Gorak wearing the same Harley Davidson jean jacket as seen in the Waterstone Bank robbery.  Gregory Gorak is seen wearing this same coat in posts from 05/22/2019 and 05/07/20 as well.  Additionally, posts were located that showed Gregory Gorak is associated with Michelle Wilhelm (a/k/a Michelle O'Rourke), Thomas Wilhelm, and Kathleen Kocovsky.  In one post, Gregory Gorak referred to Michelle Wilhelm as his sister.

28.     Michelle and Thomas Wilhelm are listed as suspects in a report filed by the Elm Grove Police Department on 03/28/22 (case 22-000138).  As a part of that investigation, the Elm Grove Police Department obtained bank records for Michelle Wilhelm.  A review of these records showed that Michelle Wilhelm's account was used to make payments to Enterprise Rent-A-Car during the time frame of both robberies.  Using open-source information through the Enterprise website, two rental receipts were located for Michelle Wilhelm.  These receipts show that between the days of 11/19/21 to 12/20/21, Michelle Wilhelm's account was used to rent a black Chevy Equinox with license plate AJE9034.  This vehicle matches the vehicle that was used by the suspect during both robbery incidents.

29.     In October of 2022, Affiant learned from Enterprise that the Chevy Equinox in question was located at the Cedar Rapids East Iowa Airport, 2121 Arthur Collins Parkway SW, Cedar Rapids, IA, 52404.  Affiant verified this airport was located in Linn County, IA and contacted the Linn County Sheriffs Office.  Affiant eventually spoke with Linn County Sgt. Tim Payne, who agreed to locate the Equinox at the airport and take overall photographs.  Affiant has

received the digital images via email and confirmed this vehicle matched the suspect vehicle used in both incidents.

30.     Affiant was aware of a case report filed by the Milwaukee Police Department on 04/18/2022, Incident Report 22-108-0183.  This investigation revealed that on this date, Thomas Wilhelm brought a victim, E.G., to a hotel room at the Potawatomi Hotel and Casino in Milwaukee.  E.G. then alleged that Thomas Wilhelm began strangling her, which caused E.G. to stab Thomas Wilhelm with a pencil.  This allowed E.G. to get away and police arrived a short time later.  Thomas Wilhelm fled the scene and was not apprehended.  He left behind a cell phone, which was collected as evidence.

31.     MPD obtained a warrant to search this phone.  The phone download reveals that several phone numbers were assigned to this device, which is indicative of the user changing out SIM cards.  This would allow the user to have multiple phone numbers while using only one device by simply inserting a new SIM card. Most important were the phone numbers 414-331-3077 and 262-422-0683, which were used to call in the tips to Waterstone Bank.  Affiant is aware through training and experience that the practice of switching out SIM cards has been used by criminals attempting to mask their phone activity during criminal events.

32.     Additionally, Thomas Wilhelm's phone contained a screenshot of a text conversation he had with the phone number 414-275-1673, which listed to Gregory Gorak. There is one message from Thomas Wilhelm to Gregory Gorak that indicated when something happened to Thomas, their (Gregory's and Thomas's) information would go to West Allis Police and that Thomas wanted to make sure Michelle didn't get in trouble for lying about Thomas. The original text message string was not located in the phone records, but data for the screenshot showed the image was last modified on 04/17/22.

8

33.     Affiant located several internet searches of interest on Thomas Wilhelm's phone. On 03/31/22 he searched "Waterstone Bank on Greenfield Avenue" as well as the Metro Market on 76th St in Greenfield.  This was the same day that the tipster calls started to both locations. Affiant also located frequent phone conversations between Thomas and Michelle Wilhelm, including on 04/11/22, when I spoke to Michelle and she claimed not to have seen Thomas.

34.     In summation, the phone number associated with Gregory Gorak, **414-550-1386**, was found to be at both cell tower locations around the time of the robberies.  Gorak was in communication with phone numbers 262-888-9102 (Metro Market Robbery) and 414-882-1900 (Waterstone Bank) around the time of the incidents.  Both of these numbers are associated with Thomas Wilhelm, who is believed to have been the person attempting to call in tips for the robberies in order to collect a reward.  Additionally, it is known that phone number 414-331-3077 also belongs to Thomas Wilhelm and was used to call in tips to both robberies. Furthermore, Gregory Gorak also has cell phone number 414-275-1673 associated to him and it appears from records that he has had this number since 2015 and used it to exchange suspicious text messages with Wilhelm.  Affiant believes that historical cell site information for these numbers will contain evidence related to both robberies and would request this information be provided by the respective carriers.

35.     Affiant used a combination of websites like www.zetx.com, Cellehawk Analytics, and Accurint, as well as subscriber information, to determine that the number **414-550-1386** was being serviced by AT&T at the time of these incidents.  Cell phone number 414-275-1673 was being serviced by T-Mobile.  Cell phone numbers 262-888-9102 and 414-331-3077 were being serviced by Tracfone, and the number 414-882-1900 was being serviced by Verizon Wireless.

36.     In my training and experience, I have learned that the Service Provider is a company that provides cellular communications service to the general public. I also know that providers of cellular communications service have technical capabilities that allow them to collect and generate information about the locations of the cellular devices to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (i.e., antenna towers covering specific geographic areas) that received a radio signal from the cellular device and, in some cases, the "sector" (i.e., faces of the towers) to which the device connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate general location of the cellular device.

### Cell-Site Data

37.     Based on my training and experience, I know that the Service Provider can collect cell-site data on a prospective and a historical basis about the Target Cell Phone. Based on my training and experience, I know that for each communication a cellular device makes, its wireless service provider can typically determine: (1) the date and time of the communication; (2) the telephone numbers involved, if any; (3) the cell tower to which the customer connected at the beginning of the communication; (4) the cell tower to which the customer was connected at the end of the communication; and (5) the duration of the communication. I also know that wireless providers such as the Service Provider typically collect and retain cell-site data pertaining to cellular devices to which they provide service in their normal course of business in order to use this information for various business-related purposes.

### Subscriber Information

38.     Based on my training and experience, I know that wireless providers such as the Service Provider typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless communication service. I also know that wireless providers such as the Service Provider typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular device and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the Target Cell Phone's user or users and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUEST

39.     Based on the foregoing, I request that the Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

40.     I further request that the Court direct the Service Provider to disclose to the government any information described in Section I of Attachment B that is within its possession, custody, or control.

41.     Because the warrant will be served on the Service Provider, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

11

## ATTACHMENT A

### Property to Be Searched

1. Records and information associated with the cellular device assigned call number **414-550-1386** (referred to herein and in Attachment B as "the Target Cell Phone"), with listed subscriber Fr. Falcon Freebird Foundation, that is in the custody or control of AT&T (referred to herein and in Attachment B as the "Provider"), a wireless communications service provider that is headquartered at **11760 US Hwy 1, North Palm Beach, FL 33408.**

**Particular Things to be Seized**

## I.     Information to be Disclosed by the Provider

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the following information pertaining to the Account listed in Attachment A:

a.  The following subscriber and historical information about the customers or subscribers associated with the Target Cell Phone for the time period **November 21, 2021 to December 12, 2021**:

   i.   Names (including subscriber names, user names, and screen names);

   ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

   iii. Local and long distance telephone connection records;

   iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

   v.   Length of service (including start date) and types of service utilized;

   vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

   vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address);

   viii. Means and source of payment for such service (including any credit card or bank account number) and billing records; and

1

ix.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Target Cell Phone, including:

(A) the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

(ii) information regarding the cell tower and antenna face (also known as "sectors" through which the communications were sent and received).

2

## II.     Information to be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. §§ 1951 and 2113 involving Thomas Wilhelm, Gregory Gorak, or other suspects during the period **November 21, 2021 to December 12, 2021**.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by the Provider in order to locate the things particularly described in this Warrant.

3

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC
## RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE
## 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by AT&T ,and my title is

_____. I am qualified to authenticate the records attached hereto

because I am familiar with how the records were created, managed, stored, and retrieved. I state

that the records attached hereto are true duplicates of the original records in the custody of

AT&T The attached records consist of _____ **[GENERALLY DESCRIBE**

**RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the

occurrence of the matter set forth by, or from information transmitted by, a person with

knowledge of those matters, they were kept in the ordinary course of the regularly conducted

business activity of AT&T and they were made by AT&T as a regular practice; and

b. such records were generated by AT&T electronic process or system that produces

an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or

file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original

records; and

2. the process or system is regularly verified by AT&T, and at all times

pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of

the Federal Rules of Evidence.

_____     _____
Date                        Signature